ACCEPTED
04-15-00245-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/1/2015 3:39:56 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
Paul Elizondo Tower ◆ 101 W. Nueva St., Suite 310 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/1/2015 3:39:56 PM
KEITH E. HOTTLE
Clerk

May 1, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

   Re: *Julio Alejandro Zuniga v. State of Texas*
      Appeal No. 04-15-00224-CR & 04-15-00245-CR
      Trial Court No. 2014CR0936-W1 & 2014CR0936

To the Honorable Court of Appeals:

On April 8, 2015, I was appointed by the trial court to represent the Appellant, Mr. Zuniga, in his out-of-time appeal taken from his conviction and sentence in Cause No. 2014CR0936.

Mr. Zuniga won the right to file his out-of-time appeal via an Article 11.07 writ that he filed under Cause No. 2014CR0936-W1. The Court of Criminal Appeals Cause No. associated with that writ is WR-82,988-01. The Court of Criminal Appeals granted the relief sought and directed Mr. Zuniga to file his notice of appeal in the trial court in Cause No. 2014CR0936.

On April 9, 2015, Mr. Zuniga mistakenly filed his first notice of appeal with the clerk of the trial court under Cause No. 2014CR0936-W1 (the writ cause number). This Court assigned Appeal No. 04-15-00224-CR to that appeal, apparently not realizing that the notice of appeal was filed under the writ cause number instead of the cause number for the underlying trial court case.

I did not notice that there was a separate writ cause number. I filed the docketing statement in Appeal No. 04-15-00224-CR as if it was being filed in an appeal from the underlying conviction, and not from the writ. I also filed a designation of the clerk's record and request for preparation of the reporter's record with the trial court clerk under Cause No. 2014CR0936, the cause number for the underlying case.

On April 20, 2015, Mr. Zuniga filed a notice of appeal with the trial court clerk under the proper cause number for the underlying trial court case: 2014CR0936. This Court assigned a new Appeal No.: 04-15-00245-CR. I filed a docketing statement under that cause number today.

The clerk's record for the underlying case (Cause No. 2014CR0936) has already been filed with this Court, but under Appeal No. 04-15-00224-CR. To avoid further confusion, I respectfully ask that the clerk's record be re-filed under the appellate cause number for the appeal from the underlying case: 04-15-00245-CR. I also ask that the reporter's record and all future documents be filed under Appeal No. 04-15-00245-CR. That appeal number that corresponds to the underlying conviction and sentence from which Mr. Zuniga seeks to appeal.

To summarize, Appeal No. 04-15-00224-CR relates to the writ. Appeal No. 04-15-00245-CR relates to the appeal from the underlying conviction and sentence. Mr. Zuniga respectfully asks that his appeal be consolidated under Appeal No. 04-15-00245-CR to avoid further confusion.

Sincerely yours,

/s/ Richard B. Dulany, Jr.

RICHARD B. DULANY, JR.
Assistant Public Defender

rbd

cc:     Rico Valdez
        Appellate Chief
        Bexar County District Attorney's Office
        101 W. Nueva, Suite 710
        San Antonio, TX 78205
        VIA ELECTRONIC DELIVERY